**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 18–10172–TPA**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Christopher Brian Hindman
   267 Pike Street
   Callensburg, PA 16213

Social Security No.:
   xxx–xx–0496

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Daniel P. Foster
Foster Law Offices
PO Box 966
Meadville, PA 16335
Telephone number:  814.724.1165

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number:  412–471–5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
June 19, 2018
02:00 PM
Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501

CONFIRMATION HEARING DATE/TIME/LOC
June 19, 2018
02:00 PM
Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 5/25/18

BY THE COURT

Thomas P. Agresti
Judge

```
                             United States Bankruptcy Court
                             Western District of Pennsylvania
In re:                                                                  Case No. 18-10172-TPA
Christopher Brian Hindman                                               Chapter 13
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0315-1           User: dkam                  Page 1 of 2                  Date Rcvd: May 25, 2018
                               Form ID: rsc13              Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 27, 2018.
db             Christopher Brian Hindman,    267 Pike Street,    Callensburg, PA 16213
cr            +Peoples Gas Company LLC, f/k/a Peoples TWP LLC,    c/o S. James Wallace, P.C.,
                845 N. Lincoln Ave.,    Pittsburgh, PA 15233-1828
14782970     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    15000 Capital One Drive,    Richmond, VA 23238)
14797118       Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
14782973      +Credit Management LP,    4200 International Parkway,    Carrollton, TX 75007-1912
14782975      +Credit Protection Associates,    13355 Noel Road,   Suite 2100,    Dallas, TX 75240-6837
14782976   ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
               (address filed with court: Ditech Financial LLC,    332 Minnesota Street,    Suite 610,
                Saint Paul, MN 55101)
14823814       Directv, LLC,   by American InfoSource LP as agent,    PO Box 5008,
                Carol Stream, IL 60197-5008
14782978      +KGC Federal Credit Union,    776 Beatty Avenue,   Knox, PA 16232-1804
14782979     ++NATIONWIDE INSURANCE,    SERVICE OF PROCESS TEAM,   THREE NATIONWIDE PLAZA,    MAIL CODE 3-11-310,
                COLUMBUS OH 43215-2410
               (address filed with court: Nationwide Insurance,    One Nationwide Plaza,    Columbus, OH 43215)
14782981      +Penn Credit Corporation,    916 South 14th Street,   Harrisburg, PA 17104-3425
14801598      +Peoples Gas Company LLC,    f/k/a Peoples TWP LLC,   c/o S. James Wallace, P.C.,
                845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
14782982      +Peoples Township LLC,    205 North Main Street,   Butler, PA 16001-4904
14782983       Primary Health Network,    55 Pitt Street,   Sharon, PA 16146
14782984      +Progressive Advanced Insurance Company,    6300 Wilson Mills Road,
                Mayfield Village, OH 44143-2182
14821210       UPMC Health Services,    PO Box 1123,   Minneapolis, MN 55440-1123
14829210      +Windstream,   Attn: Financial Services,    1720 Galleria Blvd,    Charlotte, NC 28270-2408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 26 2018 01:38:39      Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA 17128-0946
14782970       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 26 2018 01:44:15      Capital One,
                15000 Capital One Drive,    Richmond, VA 23238
14797118       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 26 2018 01:43:42
                Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
14782971      +E-mail/Text: bankruptcy_notifications@ccsusa.com May 26 2018 01:39:20
                Credit Control Service,    Po Box 607,   Norwood, MA 02062-0607
14782972      +E-mail/Text: abovay@creditmanagementcompany.com May 26 2018 01:39:04
                Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14782974      +E-mail/PDF: creditonebknotifications@resurgent.com May 26 2018 01:44:21      Credit One Bank Na,
                Po Box 98875,   Las Vegas, NV 89193-8875
14826233       E-mail/Text: bankruptcy.bnc@ditech.com May 26 2018 01:38:25
                Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                Rapid City, South Dakota 57709-6154
14782977       E-mail/Text: bankruptcy@firstenergycorp.com May 26 2018 01:38:51      First Energy,
                Revenue Assurance,    1310 Fairmont Avenue,   Fairmont, WV 26554-3526
14795858      +E-mail/Text: bankruptcydpt@mcmcg.com May 26 2018 01:38:47      Midland Funding LLC,
                PO Box 2011,   Warren, MI 48090-2011
14782980      +E-mail/PDF: cbp@onemainfinancial.com May 26 2018 01:43:38      Onemain,   Po Box 1010,
                Evansville, IN 47706-1010
14782985      +E-mail/Text: wci.bankruptcy@windstream.com May 26 2018 01:39:26
                Windstream Communications Inc.,    4001 Rodney Parham Road,    Little Rock, AR 72212-2459
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Ditech Financial LLC
cr             M&T BANK
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

```
District/off: 0315-1          User: dkam              Page 2 of 2              Date Rcvd: May 25, 2018
                              Form ID: rsc13          Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 25, 2018 at the address(es) listed below:
          Daniel P. Foster    on behalf of Debtor Christopher Brian Hindman dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James   Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Gas Company LLC, f/k/a Peoples TWP LLC
           sjw@sjwpgh.com,   srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                    TOTAL: 5
```