Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Christopher Brian Hindman**
    Debtor(s)

Bankruptcy Case No.: 18–10172–TPA
Per June 19, 2018 Proceeding
Chapter: 13
Docket No.: 38 – 18
Concil. Conf.: November 13, 2018 at 11:30 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated April 3, 2018 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☒ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Nov. 13, 2018 at 11:30 AM, in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☒ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Ditech Financial LLC fka Green Tree Servicing LLC (Claim No. 7) .

☐ H. Additional Terms:

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.**  After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**  Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**  Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**  Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**  The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**  In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Dated: June 19, 2018

cc:  All Parties in Interest to be served by Clerk in seven (7) days

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                             Case No. 18-10172-TPA
Christopher Brian Hindman                                          Chapter 13
          Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-1          User: jmar                Page 1 of 2              Date Rcvd: Jun 19, 2018
                              Form ID: 149              Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2018.
db             Christopher Brian Hindman,    267 Pike Street,    Callensburg, PA 16213
cr            +Peoples Gas Company LLC, f/k/a Peoples TWP LLC,     c/o S. James Wallace, P.C.,
                845 N. Lincoln Ave.,    Pittsburgh, PA 15233-1828
14782973      +Credit Management LP,    4200 International Parkway,    Carrollton, TX 75007-1912
14782975      +Credit Protection Associates,    13355 Noel Road,    Suite 2100,    Dallas, TX 75240-6837
14782976     ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
               (address filed with court: Ditech Financial LLC,     332 Minnesota Street,    Suite 610,
                Saint Paul, MN 55101)
14823814       Directv, LLC,   by American InfoSource LP as agent,     PO Box 5008,
                Carol Stream, IL 60197-5008
14860048      +FirstEnergy/Penelec,    101 Crawford's Corner Rd.,    Bldg. #1 Suite 1-511,
                Holmdel, NJ 07733-1976
14782978      +KGC Federal Credit Union,    776 Beatty Avenue,    Knox, PA 16232-1804
14782979     ++NATIONWIDE INSURANCE,    SERVICE OF PROCESS TEAM,    THREE NATIONWIDE PLAZA,    MAIL CODE 3-11-310,
                COLUMBUS OH 43215-2410
               (address filed with court: Nationwide Insurance,     One Nationwide Plaza,    Columbus, OH 43215)
14782981      +Penn Credit Corporation,    916 South 14th Street,    Harrisburg, PA 17104-3425
14801598      +Peoples Gas Company LLC,    f/k/a Peoples TWP LLC,    c/o S. James Wallace, P.C.,
                845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
14782982      +Peoples Township LLC,    205 North Main Street,    Butler, PA 16001-4904
14782983       Primary Health Network,    55 Pitt Street,    Sharon, PA 16146
14782984      +Progressive Advanced Insurance Company,     6300 Wilson Mills Road,
                Mayfield Village, OH 44143-2182
14821210       UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14829210      +Windstream,   Attn: Financial Services,     1720 Galleria Blvd,    Charlotte, NC 28270-2408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14782970       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 20 2018 02:42:02      Capital One,
                15000 Capital One Drive,    Richmond, VA 23238
14797118       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 20 2018 02:42:24
                Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
14782971      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 20 2018 02:37:45
                Credit Control Service,    Po Box 607,    Norwood, MA 02062-0607
14782972      +E-mail/Text: abovay@creditmanagementcompany.com Jun 20 2018 02:37:22
                Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14782974      +E-mail/PDF: creditonebknotifications@resurgent.com Jun 20 2018 02:42:25     Credit One Bank Na,
                Po Box 98875,   Las Vegas, NV 89193-8875
14826233       E-mail/Text: bankruptcy.bnc@ditech.com Jun 20 2018 02:36:18
                Ditech Financial LLC fka Green Tree Servicing LLC,     P.O. Box 6154,
                Rapid City, South Dakota 57709-6154
14782977      +E-mail/Text: bankruptcy@firstenergycorp.com Jun 20 2018 02:36:59      First Energy,
                Revenue Assurance,    1310 Fairmont Avenue,    Fairmont, WV 26554-3526
14795858      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 20 2018 02:36:51      Midland Funding LLC,
                PO Box 2011,   Warren, MI 48090-2011
14782980      +E-mail/PDF: cbp@onemainfinancial.com Jun 20 2018 02:42:12      Onemain,    Po Box 1010,
                Evansville, IN 47706-1010
14782985      +E-mail/Text: wci.bankruptcy@windstream.com Jun 20 2018 02:37:57
                Windstream Communications Inc.,    4001 Rodney Parham Road,    Little Rock, AR 72212-2459
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Ditech Financial LLC
cr             M&T BANK
                                                                                              TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

```
District/off: 0315-1          User: jmar                  Page 2 of 2                  Date Rcvd: Jun 19, 2018
                              Form ID: 149                Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2018 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor Christopher Brian Hindman dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James   Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Gas Company LLC, f/k/a Peoples TWP LLC
               sjw@sjwpgh.com,   srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 5
```