**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | **CASE NO. 18-10172-TPA** |
| | : | |
| **Christopher Brian Hindman,** | : | **CHAPTER 13** |
| **Debtor,** | : | |
| _____ | : | **MOTION NO.: WO - 1** |
| **Christopher Brian Hindman,** | : | |
| **Movant,** | : | **RELATED TO DOCKET NO.: 57** |
| | : | |
| **vs.** | : | |
| | : | |
| **USP Parker LLC,** | : | |
| | : | |
| **and** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee.** | : | |
| **Respondents.** | : | |

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment and Local Form No. 12 by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>March 20, 2019</u>

By: /s/ Clarissa Bayhurst_____
CLARISSA BAYHURST, PARALEGAL
FOSTER LAW OFFICES
Po Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

_____
*Parties served by the court electronically were not served by regular mail

## MATRIX

**USP PARKER LLC**
**2801 EAST BELTLINE NE**
**GRAND RAPIDS MI 49525**