Form 213

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Christopher Brian Hindman**
  Debtor(s)

Bankruptcy Case No.: 18–10172–TPA
Related to Docket No. 63
Chapter: 13
Docket No.: 64 – 63
Concil. Conf.: 9/10/19 at 11:00 AM

## ORDER

  **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

  **IT IS HEREBY ORDERED** that, on or before **August 2, 2019,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

  1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

  2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

  **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

  On or before **August 23, 2019,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

  On **9/10/19** at **11:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan*) will occur with the Chapter 13 Trustee at Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

  If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

  This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: June 18, 2019

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

>  Ronda J. Winnecour, Trustee
>  P.O. Box 84051
>  Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-10172-TPA
Christopher Brian Hindman                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: jmar              Page 1 of 2             Date Rcvd: Jun 18, 2019
                               Form ID: 213            Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2019.
```
db              Christopher Brian Hindman,    267 Pike Street,    Callensburg, PA  16213
cr             +Peoples Gas Company LLC, f/k/a Peoples TWP LLC,    c/o S. James Wallace, P.C.,
                 845 N. Lincoln Ave.,    Pittsburgh, PA 15233-1828
14782975       ++CREDIT PROTECTION ASSOCIATION LP,    PARKWAY CENTER V,    2500 DALLAS PARKWAY SUTIE 500,
                 PLANO TX 75093-4867
               (address filed with court: Credit Protection Associates,    13355 Noel Road,   Suite 2100,
                 Dallas, TX 75240)
14782973       #+Credit Management LP,    4200 International Parkway,    Carrollton, TX 75007-1912
14782976     ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
               (address filed with court: Ditech Financial LLC,    332 Minnesota Street,    Suite 610,
                 Saint Paul, MN 55101)
14823814        Directv, LLC,   by American InfoSource LP as agent,    PO Box 5008,
                 Carol Stream, IL  60197-5008
14860048       +FirstEnergy/Penelec,    101 Crawford's Corner Rd.,    Bldg. #1 Suite 1-511,
                 Holmdel, NJ 07733-1976
14782978       +KGC Federal Credit Union,    776 Beatty Avenue,    Knox, PA 16232-1804
14782979       ++NATIONWIDE INSURANCE,    SERVICE OF PROCESS TEAM,    THREE NATIONWIDE PLAZA,    MAIL CODE 3-11-310,
                 COLUMBUS OH 43215-2410
               (address filed with court: Nationwide Insurance,    One Nationwide Plaza,    Columbus, OH 43215)
14801598       +Peoples Gas Company LLC,    f/k/a Peoples TWP LLC,    c/o S. James Wallace, P.C.,
                 845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
14782982       +Peoples Township LLC,    205 North Main Street,    Butler, PA 16001-4904
14782983        Primary Health Network,    55 Pitt Street,    Sharon, PA 16146
14782984       +Progressive Advanced Insurance Company,    6300 Wilson Mills Road,
                 Mayfield Village, OH 44143-2182
14821210        UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14829210       +Windstream,    Attn: Financial Services,    1720 Galleria Blvd,    Charlotte, NC 28270-2408
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14782970         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 19 2019 02:55:48     Capital One,
                 15000 Capital One Drive,    Richmond, VA 23238
14797118         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 19 2019 02:56:34
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14782971        +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 19 2019 02:49:14
                 Credit Control Service,    Po Box 607,    Norwood, MA 02062-0607
14782972        +E-mail/Text: bdsupport@creditmanagementcompany.com Jun 19 2019 02:48:56
                 Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14782974        +E-mail/PDF: creditonebknotifications@resurgent.com Jun 19 2019 02:56:16     Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
14826233         E-mail/Text: bankruptcy.bnc@ditech.com Jun 19 2019 02:47:55
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
14782977        +E-mail/Text: bankruptcy@firstenergycorp.com Jun 19 2019 02:48:37     First Energy,
                 Revenue Assurance,    1310 Fairmont Avenue,    Fairmont, WV 26554-3526
14795858        +E-mail/Text: bankruptcydpt@mcmcg.com Jun 19 2019 02:48:32     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14782980        +E-mail/PDF: cbp@onemainfinancial.com Jun 19 2019 02:56:09     Onemain,    Po Box 1010,
                 Evansville, IN 47706-1010
14782985        +E-mail/Text: wci.bankruptcy@windstream.com Jun 19 2019 02:49:21
                 Windstream Communications Inc.,    4001 Rodney Parham Road,    Little Rock, AR 72212-2459
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC
cr              M&T BANK
14782981      ##+Penn Credit Corporation,    916 South 14th Street,    Harrisburg, PA 17104-3425
                                                                                   TOTALS: 2, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

```
District/off: 0315-1          User: jmar              Page 2 of 2              Date Rcvd: Jun 18, 2019
                              Form ID: 213            Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2019 at the address(es) listed below:
```
              Daniel P. Foster    on behalf of Debtor Christopher Brian Hindman dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James  Warmbrodt     on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Gas Company LLC, f/k/a Peoples TWP LLC
               sjw@sjwpgh.com,    srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 5
```