Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Christopher Brian Hindman** | : | Case No. 18−10172−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND**
**TERMINATING WAGE ATTACHMENT**

      *AND NOW,* this *The 29th of August, 2019,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)   The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)   The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-10172-TPA
Christopher Brian Hindman                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar              Page 1 of 2              Date Rcvd: Aug 29, 2019
                              Form ID: 309            Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2019.
```
db              Christopher Brian Hindman,    267 Pike Street,     Callensburg, PA   16213
cr             +Peoples Gas Company LLC, f/k/a Peoples TWP LLC,    c/o S. James Wallace, P.C.,
                 845 N. Lincoln Ave.,    Pittsburgh, PA 15233-1828
14782976     ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN   55101-1311
               (address filed with court:    Ditech Financial LLC,    332 Minnesota Street,    Suite 610,
                 Saint Paul, MN 55101)
14860048       +FirstEnergy/Penelec,    101 Crawford’s Corner Rd.,    Bldg. #1 Suite 1-511,
                 Holmdel, NJ 07733-1976
14782978       +KGC Federal Credit Union,    776 Beatty Avenue,    Knox, PA 16232-1804
14782979      ++NATIONWIDE INSURANCE,    SERVICE OF PROCESS TEAM,    THREE NATIONWIDE PLAZA,    MAIL CODE 3-11-310,
                 COLUMBUS OH 43215-2410
               (address filed with court:    Nationwide Insurance,    One Nationwide Plaza,    Columbus, OH 43215)
14801598       +Peoples Gas Company LLC,    f/k/a Peoples TWP LLC,    c/o S. James Wallace, P.C.,
                 845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
14782982       +Peoples Township LLC,    205 North Main Street,    Butler, PA 16001-4904
14782983        Primary Health Network,    55 Pitt Street,    Sharon, PA 16146
14782984       +Progressive Advanced Insurance Company,    6300 Wilson Mills Road,
                 Mayfield Village, OH 44143-2182
14821210        UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14829210       +Windstream,    Attn: Financial Services,    1720 Galleria Blvd,    Charlotte, NC 28270-2408
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14782970        EDI: CAPITALONE.COM Aug 30 2019 06:33:00      Capital One,   15000 Capital One Drive,
                 Richmond, VA 23238
14782975       +EDI: CREDPROT.COM Aug 30 2019 06:33:00      Credit Protection Associates,    13355 Noel Road,
                 Suite 2100,    Dallas, TX 75240
14797118        EDI: CAPITALONE.COM Aug 30 2019 06:33:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC   28272-1083
14782971       +EDI: CCS.COM Aug 30 2019 06:33:00      Credit Control Service,    Po Box 607,
                 Norwood, MA 02062-0607
14782972       +E-mail/Text: bdsupport@creditmanagementcompany.com Aug 30 2019 02:49:39
                 Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14782973       +EDI: CMIGROUP.COM Aug 30 2019 06:33:00      Credit Management LP,    4200 International Parkway,
                 Carrollton, TX 75007-1912
14782974       +EDI: RCSFNBMARIN.COM Aug 30 2019 06:33:00      Credit One Bank Na,    Po Box 98875,
                 Las Vegas, NV 89193-8875
14823814        EDI: DIRECTV.COM Aug 30 2019 06:33:00      Directv, LLC,   by American InfoSource LP as agent,
                 PO Box 5008,    Carol Stream, IL   60197-5008
14826233        E-mail/Text: bankruptcy.bnc@ditech.com Aug 30 2019 02:48:59
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
14782977       +E-mail/Text: bankruptcy@firstenergycorp.com Aug 30 2019 02:49:25      First Energy,
                 Revenue Assurance,    1310 Fairmont Avenue,    Fairmont, WV 26554-3526
14795858       +EDI: MID8.COM Aug 30 2019 06:33:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
14782980       +EDI: AGFINANCE.COM Aug 30 2019 06:33:00      Onemain,   Po Box 1010,    Evansville, IN 47706-1010
14782985       +E-mail/Text: wci.bankruptcy@windstream.com Aug 30 2019 02:49:54
                 Windstream Communications Inc.,    4001 Rodney Parham Road,    Little Rock, AR 72212-2459
                                                                                               TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC
cr              M&T BANK
14782981      ##+Penn Credit Corporation,    916 South 14th Street,    Harrisburg, PA 17104-3425
                                                                                              TOTALS: 2, * 0, ## 1
```

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ‘++++’ were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked ‘##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-1          User: jmar                 Page 2 of 2                  Date Rcvd: Aug 29, 2019
                              Form ID: 309               Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2019 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor Christopher Brian Hindman dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James   Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Gas Company LLC, f/k/a Peoples TWP LLC
               sjw@sjwpgh.com,   srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 5
```