**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CHRISTOPHER BRIAN HINDMAN<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:18-10172 TPA<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 02/28/2018 and confirmed on 06/19/2018. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 6,035.31 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 6,035.31 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 1,189.67 | |
|   Trustee Fee | 271.29 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,460.96 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   DITECH FINANCIAL LLC(*) | 0.00 | 4,574.35 | 0.00 | 4,574.35 |
|     Acct: 0908 | | | | |
|   DITECH FINANCIAL LLC(*) | 5,109.98 | 0.00 | 0.00 | 0.00 |
|     Acct: 0908 | | | | |
| | | | | 4,574.35 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTOPHER BRIAN HINDMAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 3,500.00 | 1,189.67 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DOMESTIC RELATIONS OBLIGATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

\* \* \* N O N E \* \* \*

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     MIDLAND FUNDING LLC | 716.75 | 0.00 | 0.00 | 0.00 |
|     Acct: 0445 | | | | |
|     CAPITAL ONE BANK (USA) NA BY AMERIC, | 1,522.81 | 0.00 | 0.00 | 0.00 |
|     Acct: 0805 | | | | |
|     PEOPLES GAS LLC F/K/A PEOPLES TWP | 139.81 | 0.00 | 0.00 | 0.00 |
|     Acct: 3767 | | | | |
|     KGC FEDERAL CREDIT UNION | 3,879.48 | 0.00 | 0.00 | 0.00 |
|     Acct: 3532 | | | | |
|     UPMC HEALTH SERVICES | 896.03 | 0.00 | 0.00 | 0.00 |
|     Acct: 0496 | | | | |
|     DIRECTV LLC BY AMERICAN INFOSOURCE | 607.68 | 0.00 | 0.00 | 0.00 |
|     Acct: 2116 | | | | |
|     WINDSTREAM COMMUNICATIONS | 191.27 | 0.00 | 0.00 | 0.00 |
|     Acct: 0496 | | | | |
|     CREDIT CONTROL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3363 | | | | |
|     CREDIT CONTROL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0633 | | | | |
|     CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3190 | | | | |
|     CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1686 | | | | |
|     CREDIT PROTECTION ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3503 | | | | |
|     KGC FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2002 | | | | |
|     KGC FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4842 | | | | |
|     ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8821 | | | | |
|     PENELEC | 626.79 | 0.00 | 0.00 | 0.00 |
|     Acct: 6381 | | | | |
|     PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     FIRST ENERGY* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     NATIONWIDE INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     PEOPLES GAS LLC F/K/A PEOPLES TWP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                                                       4,574.35

```
TOTAL CLAIMED
  PRIORITY                    0.00
  SECURED                 5,109.98
  UNSECURED               8.580.62
```

Date: 10/11/2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com